

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00064-CV

Richard **ARCE**,
Appellant

v.

Ken **MCGOUGH** and Jan McGough d/b/a K&M Auto Sales,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDV-16-0000444
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees recover their costs of appeal from appellant.

SIGNED September 26, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice